**FILED**

IN THE UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FOR THE DISTRICT OF NEW MEXICO

**JUN 1 6 2025**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

PAUL JESSEN, Jr.,

      Defendant.

**MITCHELL R. ELFERS
CLERK**

No. CR 24-1346 JB

## <u>ORDER</u>

THIS MATTER having come before the Court upon the Unopposed Motion of Defendant to Continue Trial and Associated Deadlines (Doc. 37); it appearing that the government does not object to the granting of the motion; it appearing that the Defendant has waived his rights to a speedy trial under 18 U.S.C. § 3161; the Court being duly advised in the circumstances of this matter, and it appearing that pursuant to *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009) good grounds exist for the granting of the motion, the Court FINDS that it should be granted.

THE COURT FURTHER FINDS pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice are best served by granting a continuance of trial and that the ends of justice so served outweigh the interests of the public and the Defendant in a speedy trial.

THE COURT FURTHER FINDS that the amount of time between the filing of the suppression motion and the Court's decisions on pending pre-trial motions is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D).

THE COURT FURTHER FINDS that additional time is required for the parties to attempt to resolve this case.

IT IS THEREFORE ORDERED that the trial in this cause currently scheduled for July 8, 2025, be and hereby is **vacated** and continued to October 6, 2025 at 9:00 AM.

IT IS FURTHER ORDERED that the period of time between July 8, 2025, and the new

trial date shall be excluded for purposes of speedy trial computation pursuant to 18 U.S.C. §

3161.

_____
UNITED STATES DISTRICT JUDGE

After weighing the best interests of the public and of the Defendant with the ends of justice, the Court finds that granting a continuance will strike a proper balance between the ends of justice and the best interests of the public and of the Defendant for the reasons stated in the motion requesting a continuance, filed June 9, 2025 (Doc. 37). Specifically, the Defendant filed a Motion to Suppress. Depending on the Court's resolution of the motion, Defendant will need ample time to research and finalize pretrial motions and prepare for trial, outweighs the Defendant's and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7). The Court will set the trial for October 6, 2025 ___ The pretrial motion deadline is Sep. 15, 2025 ___. This 90-day continuance is sufficient without being greater than necessary, for the Defendant to complete the tasks set forth in the motion to continue.

Trailing Docket