UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ADRIAN MALCOLM
Plaintiff,

CIV. NO. 26CV18776-~~JF~~ KG-JFR

V.

DEON BETHEA and
CITY OF ALBUQUERQUE
Defendants,

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 20 2026
ERIK PALTROW
CLERK

# MOTION FOR LEAVE TO AMEND COMLAINT

Plaintiff Adrian Malcolm, appearing pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 15(a)(2) and D.N.M.L.R-Civ. 15.1 for leave to file an Amended Complaint.

This case was removed from state court to this Court. Plaintiff seeks leave to amend so that Officer Deon Bethea's incident report – which is central to plaintiff's claims – is clearly and directly before this court

. The incident report is critical because it states that Officer Bethea claimed to observe paraphernalia inside Plaintiff's vehicle, yet the same report shows that after the vehicle was searched, no paraphernalia was found or recovered. This inconsistency is a core part of Plaintiff's unreasonable-seizure claim.

. Plaintiff also seeks to present a clear Amended Complaint that includes his claims for unreasonable seizure, procedural due process and damage to property, along with a proper request for compensatory damages, punitive damages against Officer Bethea, return of the vehicle, and related relief

4. Under Rule 15(a)(2), leave to amend should be freely given when justice so requires. The proposed amendment is not sought in bad faith will not cause undue delay or prejudice to Defendants, and is not futile.

5. A complete copy of the proposed Amended Complaint is attached a Exhibit A. Officer Bethea's incident report is attached as Exhibit B. Additional supporting documents are attached as Exhibits C through E.

# CONCURRENCE

On May 26, Plaintiff contacted Counsel for Defendants and requested Concurrence in this motion Counsel [agreed/refused/did not respond].

WHEREFORE, plaintiff respectfully A) the court Accept the initial amended complaint attached as exhibit 1.

B) Accept the proposed second amended complaint attached as exhibit 2.

C) view exhibit 3 Bethea incident report September the fourth unlawful seizer

D) view exhibit 4 police Report September 5th unlawful/wrongful arrest for making 22 911 calls in my distress trying to locate my vehicle

E) Accept reason for propose second Amended complaint I updated my prayer for relief I didn't know what to say completely before under emotional distress and discombobulated thoughts And by doing so this Causes no prejudice or harm to the defendant in which I hope the court freely gives permission

F) which gives reason for the letter F the initial Complaint where I knew not much at all on how to go about this

Respect Submitted,

Adrian Malcolm
5608 Zuni Rd SE
Abuquerque New Mexico 87108
505-305-8992.
afmtrain3@gmail.com
Pro se plaintiff

Date: August 19, 2026

# CERTIFICATE OF SERVICE

I certify that on August 19, 2026 I served a complete copy of this response on Defendant's attorney by [mail] at the following address

Ashlee m Wright

Ashlee M. Wright
Manging City Attorney
P.O. Box 2248
Albuquerque New Mexico 87103

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ADRIAN MALCOLM
plaintiff,

Civ. NO. 26CV18776-JF-JFR

Deon BETHEA and
CITY OF ALBUQUERQUE
Defendants,

Exhibit List For Motion for leave to Amend Complaint

1) Court Accept the initial amended Complaint

) Court Accept the proposed Second Amended complaint
View exhibit 3 Bethea incident report September 4, 2026 unlawful seize
View exhibit 4 police report September 5th unlawful arrest / 22 911 calls

) Accept reason for propose second Amended complaint
which gives reason for the initial complaint

# CERTIFICATE OF SERVICE

I Certify that on August 19, 2026 I served a Complete copy of this response on Defendants attorney by [mail] at the following address

Ashlee M. Wright

ashlee m. Wright
Managing City Attorney
P.O. Box 2248
Albuquerque New Mexico 87103

Ex H.4

FILED IN MY OFFICE
2ND JUDICIAL DISTRICT COURT
BERNALILLO COUNTY, NM
KATINA WATSON
5/11/2026 3:19 PM
NAOMI A. LIVINGSTON

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

CASE NO. CV-2025-10328

Adrian Malcolm
Plaintiff/Petitioner

vs.

Dion Bethea # 6792 City of Albuquerque
Defendant/Respondent

Amend complaint for Civil Rights violation
And return of property

[signature]
Signature

Print Name Adrian Malcolm
Address 5608 Zuni Rd SE
City, State and Zip Code Alb NM 87108
Telephone Number 407-664-3147

I certify that I have mailed
a copy of this pleading to opposing
counsel this 11 day of May, 2026.

. This is a civil action brought to 42 U.S.C 1983 and the New Mexico Constitution Article 11 section 10 seeking damages and return of property following an illegal warrant less seize of plaintiffs vehicle

:. plaintiffs is a resident of Bernalillo County New Mexico

i. Defendant Dion Bethea is an officer of the Albuquerque Police Department APD acting under color of law

1. Defendant City of Albuquerque is a municipality responsible for the policies and action of APD

5. This court has jurisdiction over the parties and the subject matter of this action venue is proper as the events occured in Bernalillo County

;. On September 4, 2025 plaintiffs vehicle (a lifted chevy silverado) was park on private property located a 6335 Central Avenue

'. The property is owned by a third party and the vehicle was station on the pemises

3. Defendant Dion Bethea approached the vehicle was stationary on the permis with a warrant the consent of property owner to conduct a narcotics investigation

1. Defendant Dion Bethea alleged in his narrative (Police Report CAD 241850313, tha a circular pipe was visible in plain view inside the vehicle

0. Based solely on his allegation Defendant shattered the window of the vehicle and seized the truck

1. Crucially upon searching the vehicle, no circular pipe or illegal contraband was located or entered into evidence

2. Despite the absence of any illegal items, the vehicle was towed to an impound lot

3. As of the date of this filing more than 8 months has passed. No crimina charges have been filed against the plaintiff

1. The vehile remains in the tow yard accuring daily storage fees

Count I: unreasonable seizure (Fourth Amendment and NM Const. Art. II § 10) The warrantless seizure of the vehicle from private property, without a valid exception or community caretaking necessity, constitutes an unreasonable seizure. The plain view exception invoked by the Defendant was based on a fabrication, an no pipe was ever recovered

Count II: Due process violation (Fourth Amendment) Defendant have deprived plaintiff of his property for over eight months with a criminal conviction or a pending criminal case. under the New Mexio forfeiture Act (§ 31-27-1 et seq) the city cannot hold property indefinitely without a conviction

Count III. property Damage (Excessive force Against property) The destruction of the vihicle window was unnecessary and based on a false pretext causing financial harm to plaintiff

prayer for relief wherefore plaintiff respectfully request that this court.

A. Order the immediat release of the vehicle of the plaintiff
B Order a waiver of all towing fee and storage
C. Award compensatory damages for the broken window and the loss of use of the vehicle since September 4, 2025
D. Grant any further relief the court deems just and proper

Respectfully Submitted

Adrian Malcolm pro se
407-664-3147
5608 Zuni Rd SE
Alb NM 87108

NITED STATES DISTRICT ... 2
OR THE DISTRICT OF NEW MEXICO

DRIAN MALCOLM
Plaintiff,

V. CIV. No. 26CV18776-JF-JFR

EON BETHEA and
ITY OF ALBUQUERQUE
Defendants.

PROPOSAL FOR
2nd AMENDED COMPLAINT FOR CIVIL RIGHTS VIOLATION AND RETURN OF PROPERTY /unlawful seizure /unlawful arrest

laintiff Adrian Malcolm, appearing pro se, alleges as follows:

JURISDICTION AND VENUE

. This Court has subject-matter jurisdiction under 28 U.S.C § 1331 and 42 U.S.C § 1983 because this action arises under the constitution and laws of the United States.

. Venue is proper in this District under 28 U.S.C § 1391 because the events giving rise to the claims occurred in Bernalillo County, New Mexico.

PARTIES

Plaintiff Adrian Malcolm is a resident of Albuquerque, New Mexico.

Defendant City of Albuquerque is a municipal corporation organized under the laws of the state of New Mexico.

A.M.

Defendant Deon Bethea (Badge NO. 6792) is an officer with the Albuquerque police Department and is sued in his individual capacity.

1.

FACTUAL ALLEGATIONS

6. On September 4, 2025 Officer Deon Bethea seized Plaintiffs pickup truck from private property without a warrant.

7. plaintiff was not present at the time of the seizure

8. According to officer Bethea's incident report, Officer Bethea stated that he looked inside the vehicle and observed paraphernalia.

9. the same incident report shows that after Officer Bethea entered and Searched the vehicle, no paraphernalia was found or recovered.

10. During the seizure and search, the window of Plaintiffs truck was broken.

11. The truck has remain continuosly in a tow yard since September 4, 2025

12. On September 4, 2025, plaintiff called 911 multiple times in an effort to determine whether his truck had been stolen

13. On September 5, 2025, Plain was arrested in connection with those calls.

V. CLAIMS FOR RELIEF

count 1 - Unreasonable Siezure (Fourth Amendment and New Mexico Constitution Article 11, Section 10)

14. The Fourth Amendment to the United States Constitution and Article 11 Section 10 of the New Mexico Constitution protect individuals from unreasonable seizures of their property

15. Plaintiffs Amended Complaint alleges that on September 4, 2025, Officer Bethea seized Plaintiffs truck from private property without a warrant.

6. The attached incident report states that Officer Bethea Claimed to see paraphernalia inside the vehicle. the same report shows that after he searched the vehicle, no paraphenalia was found.

7. View in the light most favorable to plaintiff, these facts states a plausible claim for unreasonable seizure under the fourth Amendment and Article II section 10 of the New Mexico Constitution.

Count II - Procedural Due Process

18. Plaintiff was deprived of his property intrest in his vehicle without adequate notice or a meanful opportunity to contest the seizure and the continued retention of the vehicle in the tow yard.

19. these allegations State a claim for violation of procedural due process.

Count III - Damages to property / Excessive force Against property

20. Officer Bethea's actions during the seizure cause physical damage to plaintiffs vehicle, including a broken window

21. This allegation of damage to plaintiffs property states a claim at the pleading stage

V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Declare the Defendant violated Plaintiff's rights under the fourth Amendment to the United states Constitution and Article II Section 10 of the New Mexico Constitution;

3). Order the immediate return of plaintiff vehicle and waiver or reimburement of all towing and storage fees

4). Award plaintiff compensatory damages in an amount to be determined at trial for physical loss of liberty, emotional distress, humiliation, and financial harm caused by the unlawful seizure and wrongful arrest;

) Punitive damages against the Defendant officer(s) in his individual capacities for his malicious, reckless and callously indifferent violations of Plaintiff Constitutional right

) Award Plaintiff nominal damages in place of his cost and reasonable attorney's fees, expert witness fees, all litigation cost persuant 42 U.S.C § 1988

) Grant such other and further relief as the Court deems just and proper

Respectfully Submitted

Adrian malcolm
5608 Zuni Rd SE
Albuquerque New Mexico 87108
505-365-8992
afmtrain3@gmail.com
pro se plaintiff

Exh 3

Albuquerque Police Department

## Report # 250073701 - Offense/Incident Report

| REPORT CREATED DATE/TIME | AREA COMMAND / SECTOR / BEAT | INCIDENT DATE / TIME - FROM - INCIDENT DATE / TIME - TO |
|---|---|---|
| Sep 4, 2025 10:45 | SOUTHWEST / 11 / 114 | Sep 4, 2025 10:22 - 10:45 |

| PRIMARY REPORTER | PERSONNEL UNIT | BODY WORN CAMERA? |
|---|---|---|
| Dion Bethea #6792 | SW Proactive Response Team | Yes - Video Footage Available - OBRD |

REPORT TAKEN LOCATION
6335 CENTRAL AV NW, ALBUQUERQUE, NM 87105

EVENT STATISTICS

- ☐ Balloon Fiesta
- ☐ Conflict Resolution/Mediation
- ☐ Demonstration/Protest
- ☐ Gang Related (Suspected)
- ☒ Homeless Involved
- ☒ Narcotics Involved
- ☐ School-Based Event
- ☐ Child Present
- ☐ Demonstration
- ☐ Domestic/Family Violence
- ☐ Gun Involved
- ☐ Loud Vehicular Noise/Drag Racing
- ☐ Natural Hazard
- ☐ TRU

## SYNOPSIS

I towed a silver Chevrolet truck that contains illegal narcotics and drug paraphernalia.

## NARRATIVE

On September 4, 2025 at approximately 1022 hours I was conducting an investigation and observation of a lifted silver Chevrolet truck. I was aware of this truck for several weeks as it has been parked at 6335 Central Ave NW and has not moved in several weeks. The property is currently owned by (Zia Trust Inc. as Custodian for Steven C Maestas IRA).

It shall be noted that I have personal y and previously contacted the owner and this vehicle on several occasions in the Southwest area command. The vehicle is currently not registered and has a VIN number of (2GCEK19V4Y1185352). The vehicle was last registered to Adrian Malcolm.

It shall be known that the silver Chevrolet has been previously contacted severa: times by APD officers for narcotic related investigations within the last several months, reference APD CAD'S (241850393, 241700717, 241391067).

It also shall be known that this morning (September 4, 2025) I contacted a male whom I have personal'y arrested and know to be a narcotic user, Sufian Al-Washah. I personally have arrested Sufian for felony level crimes to include narcotic related offenses.

Upon contacting Sufian this morning reference ADP CAD (252470347), he was observed near the silver Chevrolet truck. Sufian stated that the truck was his "friends truck" whom he identified as "Angel". The last registered owner of the vehicle has no affiliation to anyone by the name of "Angel" when the VIN is ran through a law enforcement database.

Sufian stated that "Angel" was currently at the "gym" and had no way to contact him. Sufian was asked if he had any belongings inside of the truck and he replied "no". Sufian stated that he was on the property cleaning and was hired by the property owner whom he identified as "Joe". It shall be noted that the property is not owned by anyone named or affiliated with "Joe". The property is currently owned by (Zia Trust Inc. as Custodian for Steven C Maestas IRA). I advised Sufian that the vehicle has been observed with lots of foot traffic approaching the vehicle. My training and experience led me to believe that the vehicle's occupants were selling illegal narcotics.

Within plain view of the truck was drug paraphernalia. Within the cab of the truck near the front drivers seat, I observed a circular pipe. My training and experience led me to believe that the pipe is commonly used to smoke and inhale fentanyl.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| [signature] | [signature] |
| PRINT NAME | PRINT NAME |
| Dion Bethea #6792 Sep 7, 2025 15:44 | Joseph Costales #5361 Oct 1, 2025 19:26 |

It is common for narcotic users to approach people on foot and or inside of vehicles to complete an illegal narcotic transaction. Illegal narcotic transactions are conducted fast and only last several seconds according to my training and experience. A narcotic user will commonly approach a narcotic dealer and request a specific illegal narcotic in which the narcotic dealer/supplier will produce the illegal narcotic according to my training and experience.

I left the scene and parked my vehicle several hundred yards south of 6335 Central Ave NW. I parked out of view at the Sonic located at 6420 Central Ave SW. From this vantage point I conducted further investigation and observed the truck for approximately forty (40) minutes. During this time, I observed several people approach Sufian on foot and briefly speak with him. Each person who approached Sufian extended their arm and hand out to Sufian and appeared to exchange an unknown item with him on multiple occasions.

I then observed Sufian reach directly into the bed of the truck several times and appeared to change his shoes. I also observed Sufian reach into the bed of the truck and remove a black backpack from the back of the truck. These observations clearly show that Sufian has affiliation, personal property, association to the vehicle and it's current contents. Originally Sufian denied and stated that he did not have any personal items and or contents within the truck upon being asked.

At this time, I approached the truck and Sufian again while driving my marked police vehicle. I contacted Sufian again and advised him that I have been observing him since I last contacted him (approximately forty (40) minutes). I advised Sufian that I can clearly see drug paraphernalia within the cab of the truck. It shall be noted that Sufian was advised that the vehicle would be sealed pending a search warrant.

Sufian then asked me if he could remove his "tools" from the bed of the truck. Therefore, Sufian did have personal belongings within the contents of the truck.

I allowed Sufian to remove his tool bag from the bed of the truck and he willingly opened the bag to show me that it did not contain any weapons and or narcotics.

At this time, I was standing on the rear bumper of the truck with a view of all of the contents within the truck bed. At this time, I clearly observed a piece of partially melted burnt foil that contained a blue pill that was affixed to it. My training and experience led me to believe that the blue pill was fentanyl.

Commonly a fentanyl user will place a fentanyl pill and or fentanyl pills on a piece of foil. The fentanyl user will then introduce a heat source such as a lighter or a torch to the bottom of the foil. The heat then begins to melt the fentanyl pill and or pills. The fentanyl user will then smoke and inhale the toxic fumes that emit from the foil, using a pipe or a straw.

I left the piece of foil and the fentanyl pill in the bed of the truck where I observed it. The bed of the truck was later sealed pending a search warrant along with the contents in the cab and the bed of the truck.

The truck was sealed on scene by an APD Crime Scene Specialist. The vehicle was sealed with plastic, tape and yellow stickers that were placed at all entry points of the vehicle. This insures that the contents of the vehicle stay within the vehicle and are not tampered with and or removed prior to the execution of the search warrant.

It shall be noted that approximately an hour after Malcolm's truck was towed from the scene, he began calling "911". Malcolm was calling from the phone number of (407-664-3147). Through a police database, it was verified that the phone number was registered to Malcolm.

Malcolm called "911" a total of 22 times. I was contacted by numerous APD 911 dispatchers advising me that Malcolm was continuously calling 911 and "harassing" dispatchers and making "threats" towards them as well.

It shall be noted that I attempted to call Malcolm several times and he did not answer. I left Malcolm a very detailed voicemail identifying myself as an Albuquerque Police Officer. I advised Malcolm that his vehicle was sealed pending a search warrant and he would be contacted when the search warrant was complete.

On September 5, 2025 at approximately 1007 hours I was notified that APD officers were flagged down by a male who was identified as Adrian Malcolm at 111 Coors Blvd NW. I was advised prior to my arrival on scene that Malcolm wanted to speak to me directly. Ref APD Case (250074036).

Upon my arrival on scene, I observed Malcolm sitting outside of the Smith's grocery store. Malcolm was observed yelling and using profanity prior to officers arrival at the Smith's.

Upon my arrival, Malcolm was combative and wanted an explanation as to why his vehicle was towed pending a search warrant. I began to again explain that I called Malcolm and left him a voicemail explaining why. I began to explain that I observed illegal narcotics in plain view of his truck.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
| --- | --- |
| [signature] | [signature] |
| PRINT NAME | PRINT NAME |
| Dion Bethea #6792 Sep 7, 2025 15:44 | Joseph Costales #5361 Oct 1, 2025 19:26 |

Malcolm was told and I explained to him the legality of a search warrant. Malcolm again was combative and began to yell and curse in front of officers, at officers and in front of customer's at the Smith's.

I advised Malcolm that he would be contacted once the search warrant would be completed. I also confirmed Malcolm's personal phone number of (407-664-3147) with him.

Malcolm was allowed to leave Smith's and began to walk north within the shopping center. Approximately four (4) minutes after Malcolm walked away, he began threatening customer's.

A female subject identified as Mackenzie Mcinturff flagged down Officers and advised that an African American male subject was telling her "You need to die and you're going to die". Mackenzie gave the exact description of Malcolm to officers.

Officers were advised by the Manager at Family Dollar which is also in the same shopping center as the Smith's, identified as Briana Ortiz that Malcolm entered the Family Dollar and was yelling and cursing at individuals as well as telling juveniles that they are the "devil" and "demons".

Malcolm was clearly disturbing the peace, threatening patrons, juveniles and acting disorderly. Officers once again, contacted Malcolm and placed him under arrest for disorderly conduct among other charges.

Malcolm has clearly showed a propensity for violence and no respect for the general public and or law enforcement.

*REPORTING PARTY/COMPLAINANT-1*

| REPORTING PARTY/COMPLAINANT-1 (PERSON) | | DOB / ESTIMATED AGE RANGE |
|---|---|---|
| R-1 AL-WASHAH, SUFIAN | | 1977-[redacted] |
| **SEX** | **RACE / ETHNICITY** | **PHONE NUMBER** |
| Male | White / Not Hispanic Or Latino | (505) 830-8362 (Home) |

HOME ADDRESS
6102 CENTRAL AVE E, ALBUQUERQUE, NM 87108

REPORTING PARTY SIGNATURE

*REPORTING PARTY/COMPLAINANT-2*

| REPORTING PARTY/COMPLAINANT-2 (PERSON) | | DOB / ESTIMATED AGE RANGE |
|---|---|---|
| R-2 Malcolm, Adrian | | 1979-[redacted] |
| **SEX** | **RACE / ETHNICITY** | **PHONE NUMBER** |
| Male | Black / Unknown | (407) 664-3137 (primary, Mobile Phone) |

HOME ADDRESS
No Fixed Address

REPORTING PARTY SIGNATURE

## INCIDENT

INCIDENT TYPE
Towed Vehicle } TOWED VEH

*OFFENSE LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION
6335 CENTRAL AV NW

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| ALBUQUERQUE | NM | 87105 | US |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| [signature] | [signature] |
| PRINT NAME | PRINT NAME |
| Dion Bethea #6792 Sep 7, 2025 15:44 | Joseph Costales #5361 Oct 1, 2025 19:26 |

| LOCATION CATEGORY | AREA COMMAND / SECTOR / BEAT |
|---|---|
| Parking Lot/Garage | SOUTHWEST / 11 / 114 |

*SUBJECT-1*

| SUBJECT-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| SB-1 AL-WASHAH, SUFIAN | 1977-[redacted] |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Not Hispanic Or Latino | (505) 830-8362 (Home) |

HOME ADDRESS
6102 CENTRAL AVE E, ALBUQUERQUE, NM 87108

*INVOLVED OTHER-1*

| INVOLVED OTHER-1 (PERSON) | DOB / ESTIMATED AGE RANGE |
|---|---|
| O-1 Malcolm, Adrian | 1979-[redacted] |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | Black / Unknown | (407) 664-3137 (primary, Mobile Phone) |

HOME ADDRESS
No Fixed Address

## ADDITIONAL INFORMATION

*USE OF FORCE ADDITIONAL INFORMATION (TO THE BEST OF YOUR KNOWLEDGE)*

| WAS REPORTABLE USE OF FORCE USED IN THE INCIDENT? | WERE LOW LEVEL CONTROL TACTICS USED IN THE INCIDENT? |
|---|---|
| No | No |

*VEHICLE: CHEVROLET SILVERADO 2000*

| ITEM CATEGORY | MAKE | MODEL | YEAR OF MANUFACTURE |
|---|---|---|---|
| VEHICLE- TRUCK PICKUP | Chevrolet | Silverado | 2000 |

DESCRIPTION
Silverado

| LICENSE PLATE / REGISTRATION # | VIN # |
|---|---|
| NONE | 2GCEK19V4Y1185352 |

| BODY STYLE | PRIMARY COLOR | REGISTRATION STATE |
|---|---|---|
| Pickup Truck | Aluminum/Silver | New Mexico |

OWNER
Adrian Malcolm

| STATUS | STATUS DATE | TOTAL ($) VALUE | VEHICLE SEARCHED/INVENTORIED |
|---|---|---|---|
| None | Sep 4, 2025 | UNKNOWN | ☐ YES ■ NO |

| IMPOUNDED / TOWED | TOWING COMPANY, ID # | QUANTITY |
|---|---|---|
| Yes | ACME Impound/ACME T&R | 1 |

| IN POLICE CUSTODY | REASON FOR POLICE CUSTODY |
|---|---|
| Yes | Evidence |

RECOVERING OFFICER / ID # / PERSON
Dion Bethea #6792

STATEMENT OF FACTS
SEALED PENDING A SEARCH WARRANT

STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON
ACME TOWING / ACME TOWING

RECOVERED LOCATION
6335 CENTRAL AV NW, ALBUQUERQUE, NM 87105

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| Silverado / Chevrolet / Silverado / Aluminum/Silver | None / Sep 4, 2025 / Evidence | 2GCEK19V4Y1185352 | 1 | UNKNOWN |

## RELATIONSHIPS ADDENDUM

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| PRINT NAME | PRINT NAME |
| Dion Bethea #6792 Sep 7, 2025 15:44 | Joseph Costales #5361 Oct 1, 2025 19:26 |

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| SUFIAN AL-WASHAH | RELATIONSHIP UNKNOWN | Adrian Malcolm |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| [signature] | [signature] |
| PRINT NAME<br>Dion Bethea #6792 Sep 7, 2025 15:44 | PRINT NAME<br>Joseph Costales #5361 Oct 1, 2025 19:26 |

Exhibit 4

POLICE

Albuquerque Police Department

## Report # 250074036 - Offense/Incident Report

| REPORT CREATED DATE/TIME | AREA COMMAND / SECTOR / BEAT | INCIDENT DATE / TIME - FROM - INCIDENT DATE / TIME - TO |
|---|---|---|
| Sep 5, 2025 11:25 | SOUTHWEST / 11 / 113 | Sep 5, 2025 10:07 - 11:25 |

| PRIMARY REPORTER | PERSONNEL UNIT | BODY WORN CAMERA? |
|---|---|---|
| Santiago Martinez #8809 | Field Services - Southwest Area Command - SW | Yes - Video Footage Available - OBRD |

ASSISTING PERSONNEL / TYPE(S)

Dominic Sanchez #5568 (Secondary Officer)

REPORT TAKEN LOCATION

111 COORS BLVD NW, ALBUQUERQUE, NM 87121

EMS / FIRE / OTHER LE AGENCIES ON SCENE

☐ YES ■ NO

## SYNOPSIS

On 09/05/2025, I arrested Adrian Malcolm on charges of Disorderly Conduct, 911 Abuse, and Criminal Trespass at 111 Coors Blvd NW.

## NARRATIVE

On 09/05/2025, I responded as backup to a reported suspicious person call at the Smiths at 111 Coors BLVD NW.

Upon arrival, I observed a male subject later identified as Adrian Malcolm sitting down talking to Officers. Adrian was talking to Officers about a separate incident. Adrian was told to leave the Smith's property due to the staff not wanting him there. While Adrian was leaving, he advised Officers that he was going to cuss at every person that passes him in order to get the cops called on him which can be seen on my OBRD footage.

I observed Adrian change his direction towards a nearby Family Dollar. Approximately 10-25 minutes later a female subject identified as Mackenzie Mcinturff flagged down Officers and advised that a male subject was telling her "You need to die and you're going to die".

Officers were advised by the Manager at Family Dollar identified as Briana Ortiz that Adrian entered the Family Dollar and was yelling /cussing at individuals as well as telling juveniles that they are the devil/demon.

I made contact with Adrian who was observed to be sitting outside DD's Discount store. Officers arrested Adrian for Disorderly conduct and placed him in handcuffs and searched incident to arrest.

I was notified by Officer D. Bethea that Adrian had previously called 911 22 times in the last 22 hours and was being disorderly to dispatch by telling and cussing at them. Adrian was upset about his vehicle being sealed and towed for evidence. Officer Bethea advised me that he tried to call Adrian back yesterday, but he never answered. Adrian kept calling 911 and was harassing them. Officer D. Bethea emailed me the call log of how many times Adrian called in the last 22 hours. I asked Adrian for his phone number, and he advised Officers that it was 9407663147.

Based on the totality of circumstances, Adrian was arrested on a charge of disorderly conduct due to the threats he made to Officers that he was going to cuss out every person that he passes by and acting on it by cussing/yelling at individuals inside the Family Dollar and telling Mackenzie that she "was going to die and that she needs to die". Another charge of 911 abuse was placed on Adrian due to calling 911 a total of 22 times in the last 22 hours consisting of yelling/cussing at dispatch.

A charge of Criminal Trespass due to signs posted outside the Family Dollar and that he was not conducting legitimate business.

Adrian was arrested and transported to PTC for booking. Adrian's belongings were recovered and tagged at the Southwest Substation.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| [signature] | [signature] |
| PRINT NAME | PRINT NAME |
| Santiago Martinez #8809 Sep 5, 2025 17:52 | Julie Maycumber #4426 Sep 6, 2025 17:19 |

***REPORTING PARTY/COMPLAINANT-1***

| REPORTING PARTY/COMPLAINANT-1 (PERSON) | | DOB / ESTIMATED AGE RANGE |
|---|---|---|
| R-1 ORTIZ, BRIANA | | 2006-[redacted] |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | White / Not Hispanic Or Latino | (505) 553-3229 (Home) |

HOME ADDRESS
216 VERANDA RD NW, ALBUQUERQUE, NM 87107

REPORTING PARTY SIGNATURE

***REPORTING PARTY/COMPLAINANT-2***

| REPORTING PARTY/COMPLAINANT-2 (PERSON) | DOB / ESTIMATED AGE RANGE |
|---|---|
| R-2 Mcinturff , Mackenzie | 21 - 40 years old |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | White | (505) 382-5477 (primary, Mobile Phone) |

HOME ADDRESS
560 ESTANCIA DR NW, B, ALBUQUERQUE, NM 87105

REPORTING PARTY SIGNATURE

## OFFENSE-1

OFFENSE CODE
Disorderly Conduct | 5311 | 30-20-01

| OFFENSE START DATE | OFFENSE END DATE | SUSPECTED ALCOHOL CONSUMPTION |
|---|---|---|
| Sep 5, 2025 10:07 | Sep 5, 2025 11:25 | ☐ YES ■ NO |

SUSPECTED DRUG USE
☐ YES ■ NO

***OFFENSE LOCATION***

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION
111 COORS BLVD NW

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| ALBUQUERQUE | NM | 87121 | US |

| LOCATION CATEGORY | AREA COMMAND / SECTOR / BEAT |
|---|---|
| Convenience Store | SOUTHWEST / 11 / 113 |

***VICTIMS-2***

VICTIMS-2 NAME
V-2 City of Albuquerque

***VICTIMS-3***

| VICTIMS-3 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| V-3 Mcinturff , Mackenzie | 21 - 40 years old |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | White | (505) 382-5477 (primary, Mobile Phone) |

HOME ADDRESS
560 ESTANCIA DR NW, B, ALBUQUERQUE, NM 87105

***SUSPECTS-1***

| SUSPECTS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-1 Malcolm, Adrian | 1979-[redacted] |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | Black / Unknown | (407) 664-3137 (primary, Mobile Phone) |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| PRINT NAME | PRINT NAME |
| Santiago Martinez #8809 Sep 5, 2025 17:52 | Julie Maycumber #4426 Sep 6, 2025 17:19 |

HOME ADDRESS
No Fixed Address

***WITNESS-2***

| WITNESS-2 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| W-2 ORTIZ, BRIANA | 2006-[redacted] |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | White / Not Hispanic Or Latino | (505) 553-3229 (Home) |

HOME ADDRESS
216 VERANDA RD NW, ALBUQUERQUE, NM 87107

## OFFENSE-2

OFFENSE CODE
911 Abuse | 63-9D-11.1

| OFFENSE START DATE | OFFENSE END DATE | SUSPECTED ALCOHOL CONSUMPTION |
|---|---|---|
| Sep 5, 2025 10:07 | Sep 5, 2025 11:25 | ☐ YES ■ NO |

SUSPECTED DRUG USE
☐ YES ■ NO

***OFFENSE LOCATION***

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION
111 COORS BLVD NW

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| ALBUQUERQUE | NM | 87121 | US |

| LOCATION CATEGORY | AREA COMMAND / SECTOR / BEAT |
|---|---|
| Convenience Store | SOUTHWEST / 11 / 113 |

***VICTIMS-2***

VICTIMS-2 NAME
V-2 City of Albuquerque

***SUSPECTS-1***

| SUSPECTS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-1 Malcolm, Adrian | 1979-[redacted] |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | Black / Unknown | (407) 664-3137 (primary, Mobile Phone) |

HOME ADDRESS
No Fixed Address

## OFFENSE-3

OFFENSE CODE
Criminal Trespass | 5707 | 30-14-01

| OFFENSE START DATE | OFFENSE END DATE | SUSPECTED ALCOHOL CONSUMPTION |
|---|---|---|
| Sep 5, 2025 10:07 | Sep 5, 2025 11:25 | ☐ YES ■ NO |

SUSPECTED DRUG USE
☐ YES ■ NO

***OFFENSE LOCATION***

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION
111 COORS BLVD NW

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| ALBUQUERQUE | NM | 87121 | US |

| LOCATION CATEGORY | AREA COMMAND / SECTOR / BEAT |
|---|---|
| Convenience Store | SOUTHWEST / 11 / 113 |

***VICTIMS-2***

VICTIMS-2 NAME
V-2 City of Albuquerque

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| PRINT NAME | PRINT NAME |
| Santiago Martinez #8809 Sep 5, 2025 17:52 | Julie Maycumber #4426 Sep 6, 2025 17:19 |

*SUSPECTS-1*

| SUSPECTS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-1 Malcolm, Adrian | 1979-[redacted] |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | Black / Unknown | (407) 664-3137 (primary, Mobile Phone) |

HOME ADDRESS
No Fixed Address

*WITNESS-2*

| WITNESS-2 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| W-2 ORTIZ, BRIANA | 2006-[redacted] |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | White / Not Hispanic Or Latino | (505) 553-3229 (Home) |

HOME ADDRESS
216 VERANDA RD NW, ALBUQUERQUE, NM 87107

## ADDITIONAL INFORMATION

*USE OF FORCE ADDITIONAL INFORMATION (TO THE BEST OF YOUR KNOWLEDGE)*

| WAS REPORTABLE USE OF FORCE USED IN THE INCIDENT? | WERE LOW LEVEL CONTROL TACTICS USED IN THE INCIDENT? |
|---|---|
| No | No |

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| Clothing items /Blanket | Recovered / Sep 5, 2025 / Prisoner's Property | | | UNKNOWN |
| Documents/paper | Recovered / Sep 5, 2025 / Prisoner's Property | | | |
| Dollar bills | Recovered / Sep 5, 2025 / Prisoner's Property | | | |
| Phone charger | Recovered / Sep 5, 2025 / Prisoner's Property | | | |

## RELATIONSHIPS ADDENDUM

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| Adrian Malcolm | RELATIONSHIP UNKNOWN | Mackenzie Mcinturff |
| BRIANA ORTIZ | RELATIONSHIP UNKNOWN | Adrian Malcolm |
| BRIANA ORTIZ | RELATIONSHIP UNKNOWN | Mackenzie Mcinturff |

## PROPERTY & ITEMS ADDENDUM

*250074036-1 OTHER ITEM - CLOTHING ITEMS /BLANKET*

ITEM CATEGORY
CLOTHING/FUR

DESCRIPTION
Clothing items /Blanket

IN POSSESSION OF
Adrian Malcolm

| STATUS | STATUS DATE | TOTAL ($) VALUE | IN POLICE CUSTODY |
|---|---|---|---|
| Recovered | Sep 5, 2025 | UNKNOWN | Yes |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| PRINT NAME | PRINT NAME |
| Santiago Martinez #8809 Sep 5, 2025 17:52 | Julie Maycumber #4426 Sep 6, 2025 17:19 |

REASON FOR POLICE CUSTODY
Prisoner's Property

RECOVERING OFFICER / ID # / PERSON
Santiago Martinez #8809

*250074036-2 OTHER ITEM - DOCUMENTS/PAPER*

ITEM CATEGORY
PERSONAL/BUSINESS DOCUMENTS/LETTERS/MAIL

DESCRIPTION
Documents/paper

IN POSSESSION OF
Adrian Malcolm

| STATUS | STATUS DATE | IN POLICE CUSTODY |
|---|---|---|
| Recovered | Sep 5, 2025 | Yes |

REASON FOR POLICE CUSTODY
Prisoner's Property

RECOVERING OFFICER / ID # / PERSON
Santiago Martinez #8809

*250074036-3 OTHER ITEM - DOLLAR BILLS*

ITEM CATEGORY
MONEY/CASH/CURRENCY

DESCRIPTION
Dollar bills

IN POSSESSION OF
Adrian Malcolm

| STATUS | STATUS DATE | IN POLICE CUSTODY |
|---|---|---|
| Recovered | Sep 5, 2025 | Yes |

REASON FOR POLICE CUSTODY
Prisoner's Property

RECOVERING OFFICER / ID # / PERSON
Santiago Martinez #8809

*250074036-4 OTHER ITEM - PHONE CHARGER*

ITEM CATEGORY
ELECTRICAL/EXTENSION CORD

DESCRIPTION
Phone charger

IN POSSESSION OF
Adrian Malcolm

| STATUS | STATUS DATE | IN POLICE CUSTODY |
|---|---|---|
| Recovered | Sep 5, 2025 | Yes |

REASON FOR POLICE CUSTODY
Prisoner's Property

RECOVERING OFFICER / ID # / PERSON
Santiago Martinez #8809

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| PRINT NAME<br>Santiago Martinez #8809 Sep 5, 2025 17:52 | PRINT NAME<br>Julie Maycumber #4426 Sep 6, 2025 17:19 |

FILED IN MY OFFICE THIS
NOV 19 2025
10:38 am
CLERK DISTRICT COURT
Wendy Apodaca Rascon

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

Adrian Malcolm,
Plaintiff,

vs.

Case No. CV 2025 10328

SUMMONS ISSUED

Dion Bethea Apd officer
Defendant.

## CIVIL COMPLAINT

1. Plaintiff or defendant resides, or may be found in, or the cause of action arose in this county.

2. Plaintiff claims from Defendant the amount of $ 1,740 and also claims interest and court costs.

Plaintiff claims from Defendant personal property of the value of $ 1,740, which is described as follows:

My truck was tow ellegally from a private low and was put into evidence, so I couldnt find my vehicle. Now the tow yard is trying to retitle my truck

3. Plaintiff's claim arises from the following event or transaction: officer Berthea had my vehicle towed illegally from 64th and central and I had permission to park there from the owner Mr. Tino

4. Trial by jury is (not) demanded. *(If a jury is demanded, an additional cost must be paid upon filing.)*

5. ______________________________________________

______________________________________________

______________________________________________

6. ______________________________________________

______________________________________________

______________________________________________

7. ______________________________________________

______________________________________________

______________________________________________

[signature]
Signature

Adrian Malcolm
Printed Name

5608 Zuni rd SE
Street Address

Alb NM 87108
City, State & Zip

______________________________________________
Phone
Number 505-532-7498

I certify that I have mailed a copy of this pleading to opposing counsel this 21 day of NOV, 2025.

[signature]
Signature

Adrian Malcolm
Printed name