**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

vs. No. CR 24-1346 JB

PAUL JESSEN, JR.,

Defendant.

**MEMORANDUM OPINION AND ORDER**

**THIS MATTER** comes before the Court on Defendant Paul Jessen, Jr.'s Motion for Judgment of Acquittal Under Fed. R. Crim P. 29 and, in the Alternative, Motion for a New Trial Under Fed. R. Crim. P. 33, filed July 24, 2026 (Doc. 168)("Motion for Acquittal"). The Court holds a hearing August 19, 2026. See Clerk's Minutes at 1, filed August 19, 2026 (Doc. 180). The primary issues are: (i) whether the evidence is sufficient to sustain the convictions on Counts I, II, and III of the Indictment, filed September 24 2026 (Doc. 1), because, according to Jessen, the United States never proves that Jessen's conduct impairs a record, document, or other tangible object before a federal grand jury; (ii) whether the evidence is sufficient to sustain a conviction on Count IV, because, according to Jessen, no reasonable juror can find that Jessen makes a materially false statement; (iii) whether the Court's Final Jury Instructions, filed July 10, 2026 (Doc. 161)("Jury Instructions"), fail properly to convey the elements of 18 U.S.C. 1512(c)(2) and 18 U.S.C. 1512(k), such that a new trial is warranted; (iv) whether the absence of a special interrogatory identifying the specific object that Jessen obstructs deprives Jessen of a unanimous verdict and of meaningful post-trial review; and (v) whether the Court not giving a limiting instructions on evidentiary rulings requires a new trial. The Court concludes that: (i) for the reasons stated on the record at the hearing, there is sufficient evidence to sustain the convictions

on Counts I, II, and III, see Draft Transcript of Hearing at 25:1-30:25 (taken August 19, 2026)("Tr.")(Court);[1] (ii) for the reasons stated on the record at the hearing, there is sufficient evidence to sustain the conviction on Count IV, see Tr. at 26:15-27:6 (Court); (iii) for the reasons stated on the record at the hearing, the Court's Jury Instructions properly convey the elements of both § 1512(c)(2) and § 1512(k), see Tr. at 25:21-26:14 (Court); (iv) for the reasons stated on the record at the hearing, the absence of a special interrogatory does not deprive Jessen of a unanimous verdict or a meaningful post-trial review, see Tr. at 29:21-30:16 (Court); and (v) for the reasons stated on the record at the hearing, the Court not giving a limiting instruction on certain evidentiary ruling does not require a new trial, see Tr. at 27:7-29:8 (Court).

**IT IS ORDERED** that the Defendant Paul Jessen, Jr.'s Motion for Judgment of Acquittal Under Fed. R. Crim P. 29 and, in the Alternative, Motion for a New Trial Under Fed. R. Crim. P. 33, filed July 24, 2026 (Doc. 168), is denied.

James O. Browning

UNITED STATES DISTRICT JUDGE

*Counsel:*

Ryan Raybould
United States Attorney
Sean M. Long
Ryan Redd
Assistant United States Attorney
United States Attorney's Office
Lubbock, Texas

*Attorneys for the Plaintiff*

Erlinda O. Johnson
Law Office of Erlinda Ocampo Johnson, LLC
Albuquerque, New Mexico

-- and --

[1] The Court's citations to the transcript of the hearing refer to the court reporter's original, unedited version. Any final transcript may contain slightly different page and/or line numbers.

Joel R. Meyers
Law Office of Joel R. Meyers
Santa Fe, New Mexico

*Attorneys for the Defendant*